# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OURIEL LOUSKY, | |
| Plaintiff, | Case No. 2:16-cv-02915-JAD-GWF |
| vs. | **ORDER** |
| DEAN PATTI, | |
| Defendant. | |

This matter is before the Court on Richard Vilkin, Esq.'s Motion to Withdraw as Attorney of Record for Plaintiff (ECF No. 22), filed July 20, 2017. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Richard Vilkin, Esq.'s Motion to Withdraw as Attorney of Record for Plaintiff (ECF No. 22) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Ouriel Lousky to the civil docket:

**Ouriel Lousky**
**c/o Josh Michaeli**
**International Ralty LV**
**3650 S. Eastern Avenue, Suite 100**
**Las Vegas, NV 89169**
**702-742-1234**
**Email: Josh@Intrealtylv.com**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Ouriel Lousky with a copy of this order at his last known addresses listed above.

**IT IS FURTHER ORDERED** that the discovery and related deadlines shall be extended as follows:

1.      Last date to complete discovery: **December 11, 2017**
2.      Last date to amend pleadings and add parties: **September 11, 2017**
3.      Last date to file interim status report: **October 9, 2017**
4.      Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **October 9, 2017**
5.      Last date to disclose rebuttal experts: **November 8, 2017**
6.      Last date to file dispositive motions: **January 18, 2018**
7.      Last date to file joint pretrial order: **February 16, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than twenty-one (21) days before the expiration of the subject deadline, and shall fully comply with the requirements of LR 26-4. The Court reserves the right to conduct a status conference for any application to extend the discovery cutoff.

DATED this 8th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge