# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OURIEL LOUSKY,

        Plaintiff,

vs.

DEAN PATTI,

        Defendant.

Case No. 2:16-cv-02915-JAD-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Court's Order extending the discovery deadlines (ECF No. 23), filed on August 9, 2017 required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than February 16, 2018 or 30 days after a decision on the dispositive motions. A motion for summary judgment (ECF No. 31) was decided on December 15, 2017. No further dispositive motions were filed by the January 18, 2018 deadline. To date, the parties have not filed a joint pretrial order. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **March 6, 2018.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 26th day of February, 2018.

                              _____
                              GEORGE FOLEY, JR.
                              United States Magistrate Judge