# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OURIEL LOUSKY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEAN PATTI, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-02915-JAD-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's failure to file a joint pretrial order. On February 26, 2018, the Court ordered the parties to file the joint pretrial order on or before March 6, 2018 (ECF No. 37). To date, Defendant has failed to comply. Plaintiff, however, filed his proposed pretrial order (ECF No. 38) on March 12, 2018 and represented that Plaintiff's counsel attempted to confer with Defendant's counsel on several occasions to prepare a joint pretrial order. Defendant is instructed to confer with Plaintiff and file a joint pretrial order no later than **April 11, 2018**. Accordingly,

**IT IS ORDERED** that the Defendant shall confer with Plaintiff and file a joint pretrial order no later than **April 11, 2018**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 4th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1