ANDREW D. SEDLOCK, ESQ.
Nevada Bar No. 9183
MARC C. NARON, ESQ.
Nevada Bar No. 11665
D.R. PATTI & ASSOCIATES
720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89101
mnaron@drpfirm.com
Telephone: (702) 331-3391
Facsimile: (702) 385-9557
*Attorneys for Defendant/Counterclaimant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OURIEL LOUSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN PATTI, an individual,<br><br>Defendants.<br><br>CONSOLIDATED WITH<br><br>CASE NO. 2:17-cv-01274-JAD-PAL | CASE NO.: **2:16-CV-02915-JAD-DWF**<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULED HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

COMES NOW, Defendant DEAN PATTI, by and through his counsel of record, Marc C. Naron, Esq., of D.R. Patti & Associates, and Plaintiff OURIEL LOUSKY, by and through his counsel of record, Jon E. Field, Esq., of Field Law, and request this Court to Enter an Order to Continue the Scheduled Hearing on Plaintiff's Motion to Enforce Settlement Agreement.

Plaintiff filed a Motion to Enforce Settlement Agreement on May 8, 2019. Plaintiff later filed an amended version of that motion. The date set for the hearing on Plaintiff's motion is June 7, 2019. Defendant has timely filed a responsive pleading to Plaintiff's motion.

Subsequent to the motion's filing, the parties have continued to negotiate settlement of this case. At this time, a tentative settlement agreement is in place. The parties appear to have come to an agreement on the material terms, and are in the process of finalizing settlement documents. As such, the parties wish to continue a hearing that is likely moot in order to conserve time, expense and judicial resources. Once the settlement documents are finalized, a stipulation to dismiss will be filed with this Court. The parties request approximately 10 days in which to finalize these documents.

Stipulated as to form and content:

D.R. PATTI & ASSOCIATES

*/s/ signature*

---
MARC C. NARON, ESQ.
Nevada Bar No. 11665
720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89101
Tel.: (702)331-3391
Fax: (702)385-9557
mnaron@drpfirm.com
*Attorney for Defendant*

FIELD LAW

*/Jon Field/*

---
JON E. FIELD, ESQ.
Nevada Bar No. 7700
11700 W. Charleston Blvd., Ste. 170
Las Vegas, Nevada 89135
Tel.: (702)489-4440
Fax: (702)489-4443
jon@fieldlawltd.com
*Attorney for Plaintiff*

*Lousky v. Patti, et. al.*
2:16-CV-02915-JAD-DWF

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on Plaintiff's Motion to Enforce Settlement Agreement, currently set for June 7, 2019 at 10:30 a.m. in LV Courtroom 3A, is hereby continued to ___June 18___, 2019 at _1:30_ ./p.m.

DATED this June _6th_ 2019

*/s/ George Foley Jr.*
THE HONORABLE GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

D.R. PATTI & ASSOCIATES

_____
MARC C. NARON, ESQ.
Nevada Bar No. 11665
720 S. Seventh Street, Third Floor
Las Veags, Nevada 89101
Tel.: (702)331-3391
Fax: (702)385-9557
mnaron@drpfirm.com
*Attorney for Defendant*

3