ANDREW D. SEDLOCK, ESQ.
Nevada Bar No. 9183
MARC C. NARON, ESQ.
Nevada Bar No. 11665
D.R. PATTI & ASSOCIATES
720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89101
mnaron@drpfirm.com
Telephone: (702) 331-3391
Facsimile: (702) 385-9557
*Attorneys for Defendant/Counterclaimant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OURIEL LOUSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN PATTI, an individual,<br><br>Defendants.<br><br>CONSOLIDATED WITH<br><br>CASE NO. 2:17-cv-01274-JAD-PAL | CASE NO.: **2:16-CV-02915-JAD-DWF**<br><br>**STIPULATION AND ORDER TO REMOVE SCHEDULED HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT FROM THE COURT'S CALENDAR** |

COMES NOW, Defendant DEAN PATTI, by and through his counsel of record, Marc C. Naron, Esq., of D.R. Patti & Associates, and Plaintiff OURIEL LOUSKY, by and through his counsel of record, Jon E. Field, Esq., of Field Law, and request this Court to Enter an Order to Remove the Scheduled Hearing on Plaintiff's Motion to Enforce Settlement Agreement from the Court's Calendar.

Plaintiff filed a Motion to Enforce Settlement Agreement on May 8, 2019. Plaintiff later filed an amended version of that motion. The date set for the hearing on Plaintiff's motion was

originally to be June 7, 2019. Defendant had timely filed a responsive pleading to Plaintiff's motion.

Just prior to the scheduled hearing of June 7, 2019, the parties had reached a tentative settlement agreement. Because of that, the parties filed a Stipulation and Order to Continue the Hearing on Plaintiff's motion. The hearing was continued by this Court to today, June 18, 2019 at 1:30 p.m. At this time, the settlement agreement is finalized or nearly finalized. All that appears to remain is for the parties to execute the settlement documents and provide this Court with a Stipulation and Order to Dismiss. In order to conserve judicial resources, the parties hereby request that the hearing on Plaintiff's Motion to Enforce Settlement Agreement be removed from calendar without a continued date. If for any reason the settlement agreement currently in place between the parties should fall through, Plaintiff may be allowed to request another hearing date for the Motion to Enforce Settlement Agreement.

Stipulated as to form and content:

| D.R. PATTI & ASSOCIATES | FIELD LAW |
|---|---|
| /s/ Marc C. Naron | /Jon Field/ |
| MARC C. NARON, ESQ.<br>Nevada Bar No. 11665<br>720 S. Seventh Street, Third Floor<br>Las Vegas, Nevada 89101<br>Tel.: (702)331-3391<br>Fax: (702)385-9557<br>mnaron@drpfirm.com<br>*Attorney for Defendant* | JON E. FIELD, ESQ.<br>Nevada Bar No. 7700<br>11700 W. Charleston Blvd., Ste. 170<br>Las Vegas, Nevada 89135<br>Tel.: (702)489-4440<br>Fax: (702)489-4443<br>jon@fieldlawltd.com<br>*Attorney for Plaintiff* |

*Lousky v. Patti, et. al.*
2:16-CV-02915-JAD-DWF

**<u>ORDER</u>**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on Plaintiff's Motion to Enforce Settlement Agreement, currently set for June 18, 2019 at 1:30 p.m. in LV Courtroom 3A, is hereby removed from calendar. A hearing for this motion will not be reset unless Plaintiff files a request to have it placed back on calendar.

DATED this June 18, 2019

_____
THE HONORABLE GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

D.R. PATTI & ASSOCIATES

_____
MARC C. NARON, ESQ.
Nevada Bar No. 11665
720 S. Seventh Street, Third Floor
Las Veags, Nevada 89101
Tel.: (702)331-3391
Fax: (702)385-9557
mnaron@drpfirm.com
*Attorney for Defendant*