# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ouriel Lousky,<br><br>　　　Plaintiff<br><br>v.<br><br>Dean Patti, et al.,<br><br>　　　Defendants | Case No.: 2:16-cv-02915-JAD-EJY<br><br>*with consolidated case<br>2:17-cv-1274-JAD-PAL*<br><br>**Order Dismissing Actions** |

　　　When this court granted partial summary judgment in March 2020, it ordered Dean Patti and Patti & Sgro, P.C. to file a notice by April 10, 2020, advising the court if and how they intend to proceed with their remaining claims in this consolidated action.[1]  They filed nothing. The court then ordered them to show cause by August 28, 2020, why these consolidated actions should not be dismissed and closed.[2]  Again, they filed nothing.

　　　Accordingly, as cause has not been shown, IT IS HEREBY ORDERED that this consolidated action (2:16-cv-02915-JAD-EJY and 2:17-cv-1274-JAD-PAL) is DISMISSED. The Clerk of Court is directed to CLOSE BOTH CASES.

　　　Dated: September 1, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 83.

[2] ECF No. 84.